```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


CAROLYNE BALSAMIDES, et al
          (Plaintiff)     :


                          :         Civil 06-5676 (WHW)
          v.
                          :              ORDER
WALMART STORES, INC., et al
          (Defendant)
                          :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court being informed that the case is pending arbitration;

It is on this 13th day of January 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

                                   S/ William H. Walls
                                   _____
                                   WILLIAM H. WALLS
                                   United States District Judge